AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of New Mexico

<table>
<tr><td>United States of America<br>v.<br>Jose Cisneros-Legarda<br>YOB: 1998</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Case No.    25-MJ-5234 JMR</td></tr>
<tr><td align="center">*Defendant(s)*</td><td></td><td></td></tr>
</table>

**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____11/26/2025_____ in the county of _____Bernalillo_____ in the _____ District of _____New Mexico_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 751 | Escape |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_M. Strange_
*Complainant's signature*

Deputy United States Marshal Mark F. Strange
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  _____12/22/2025_____

_Jennifer M. Rozzoni_
*Judge's signature*

City and state:  _____Albuquerque, New Mexico_____          Jennifer M. Rozzoni , US Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IN THE MATTER OF THE ARREST OF:

Jose Cisneros-Legarda, YOB: 1998

Case No. _____25-MJ-5234 JMR_____

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Deputy United States Marshal Mark F. Strange, being duly sworn, hereby depose and state as follows:

**INTRODUCTION AND BACKGROUND OF THE AFFIANT**

1.    I make this affidavit in support of a criminal complaint and arrest warrant for Jose CISNEROS-LEGARDA (year of birth 1988,) (hereafter "CISNEROS-LEGARDA"), for a violation of 18 U.S.C. § 751(a), that being escape from custody.  Section 751(a) makes it a criminal offense to escape from the custody of the Attorney General, or from any institution or facility in which the individual is confined by direction of the Attorney General, or from any custody which is by virtue of a judgment and commitment of any court, judge, or magistrate judge, or from the custody of an officer or employee of the United States pursuant to a lawful arrest.

2.    I am a Deputy United States Marshal with the United States Marshal Service ("USMS") and have been since December 12, 2019.  I have received and completed training at the Federal Law Enforcement Training Academy as a criminal investigator. During my tenure with the USMS, I have investigated and assisted in the apprehension of federal, state, and local fugitives to include but not limited to sex offenders, gang members, violent repeat offenders, and those with extensive criminal history.

3.      I have received formal and on the job training from other experienced agents and law enforcement officers in conducting fugitive investigations, as well as other the investigation of related offenses. My investigative training and experience include, but is not limited to, conducting surveillance, interviewing subjects, writing affidavits for search and arrest warrants, collecting evidence and learning legal matters which includes the topics of arrests and fourth amendment searches. I have previously participated in fugitive investigations and the execution of search and arrest warrants. I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 751. I am authorized under 28 U.S.C. § 564 to enforce the laws of the United States, which includes the apprehension of federal fugitives, and am authorized by law to request an arrest warrant. In addition, I hold a bachelor's degree in history from The University of New Mexico, Albuquerque, New Mexico.

4.      The statements contained in this affidavit are based upon my investigation, training and experience, as well as information provided by other law enforcement officers or from other reliable sources.  Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts which I believe are necessary to establish probable cause to support a criminal complaint against CISNEROS-LEGARDA, for a violation of 18 U.S.C. § 751(a), that being escape from custody.

## FACTS AND CIRCUMSTANCES ESTABLISHING PROBABLE CAUSE

5.      On January 20, 2022, in the United States District Court for the District of New Mexico, CISNEROS-LEGARDA pled guilty to federal felony crimes in cause number 20-CR-1686 JCH.  CISNEROS-LEGARDA was sentenced to serve five years of imprisonment at the Bureau of Prisons (BOP) to be followed by a five-year term of supervised release.

6.      On June 18, 2025, BOP placed CISNEROS-LEGARDA at the Diersen Residential Reentry Center ("RRC") located at 2331 Menaul Blvd. NE, Albuquerque, New Mexico 87107, to finish the remaining balance of his sentence of imprisonment.  Upon arrival, CISNEROS-LEGARDA signed the Acknowledgment of Custody form stating, "I understand that I am in the custody of the Attorney General of the United States. I further understand that leaving the Residential Center without permission from the Center Director or his/her authorized representative, shall be deemed an escape from the custody of the Attorney General."

7.      On November 26, 2025, BOP notified the USMS that CISNEROS-LEGARDA left the RRC without permission and his whereabouts were unknown.  RRC staff conducted a head count and could not locate CISNEROS-LEGARDA. Staff concluded their search of the facility and determined that CISNEROS-LEGARDA was not on the property.  RRC staff reviewed surveillance footage showing CISNEROS-LEGARDA entering a vehicle and departing RRC without authorization.

## CONCLUSION

8.      In summary, there is probable cause to believe CISNEROS-LEGARDA committed a violation of 18 U.S.C. § 751(a), that being escape from custody.

9.      This affidavit has been reviewed by Supervisory Assistant United States Attorney Samuel A. Hurtado.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_M. Strange_
Mark F. Strange
Deputy United States Marshal
United States Marshals Service

Subscribed electronically and sworn telephonically to me
this 22th day of December, 2025:

_____
JENNIFER M. ROZZONI
United States Magistrate Judge